IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JULIAN ALVARADO, JORGE ALVARADO and MYNOR CHOX FRANCISCO | ) ) ) |
| v. | ) No. 3:16-3030 |
| BURKE SKELTON and OUTDOORS UNLIMITED, INC. | ) ) ) |

**O R D E R**

Pending before the Court is Plaintiffs' Motion for Partial Summary Judgment (Docket No. 20). For the reasons stated in the accompanying Memorandum, Plaintiffs' Motion for Partial Summary Judgment is GRANTED in part as to liability for the FLSA claims for unpaid overtime and liability for the breach of contract claims for unpaid overtime and DENIED in part as to any other breach of contract claims, including without limitation, failure to provide adequate housing. All other claims, including without limitation, Plaintiffs' claims under 29 U.S.C. § 215(a) in Count I of the Complaint, Plaintiffs' claims in Count II, Plaintiffs' claims in Count III, and any other breach of contract claims in Count VI remain for disposition, along with determination of damages.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge