IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JULIAN ALVARADO, et al )
)
v. ) NO. 3:16-3030
)
BURKE SKELTON, et al )

**O R D E R**

On October 24, 2017, Plaintiffs filed a Motion for Contempt (Docket No. 61), requesting that Defendants' attorney, Bert McCarter, be held in civil contempt. A hearing is set on **Tuesday, November 28, 2017, at 11:00 a.m.** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, Tennessee, on Plaintiffs' motion and for Defendants' attorney to show cause why he should not be held in contempt. By no later than **November 14, 2017**, Defendants' attorney shall file a response to Plaintiffs' motion, which shall not exceed 20 pages, and shall include any facts and legal authority upon which Defendants' attorney relies as cause for why he should not be held in contempt. Plaintiffs may file an optional reply, which shall not exceed 5 pages, by no later than **November 21, 2017**.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge