IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JULIAN ALVARADO; | ) | |
| JORGE ALVARADO; and | ) | |
| MYNOR CHOX FRANCISCO, | ) | |
| | ) | |
| Plaintiffs, | ) | No.: 3:16-cv-03030 |
| | ) | |
| v. | ) | |
| | ) | |
| BURKE SKELTON; and | ) | Magistrate Judge Holmes |
| OUTDOORS UNLIMITED, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' REQUEST FOR FEES

On October 24, 2017, Plaintiffs filed a motion, Dkt. 61, requesting this Court enter an order of civil contempt against Defendants' attorney, Mr. Bert McCarter, and impose monetary costs against the same, for violating this Court's Order, Dkt. 56. On November 8, 2017, Defendants filed their Response in Opposition, Dkt. 63 ("Response"). The conclusion of that Response states:

> Therefore, Defendants request that Plaintiffs' Motion for Contempt be denied, and this Court award Defendants their attorneys' fees for being required to respond to this Motion.

Dkt. 63 at 15.

To the extent the Court construes this paragraph as a request by Defendants for fees against Plaintiffs or Plaintiffs' counsel, Plaintiffs hereby oppose that request. Plaintiffs' generalized opposition is not intended to constitute a waiver of any specific defenses, as Defendants' request is ambiguous as to the basis for the request and against whom the request is made. Plaintiffs respectfully ask that the Court deny Defendants' request for fees.

{005184/16444/00435259.DOCX / Ver.1}
Case 3:16-cv-03030    Document 64    Filed 11/17/17    Page 1 of 2 PageID #: 424

Dated: Nov. 17, 2017               Respectfully submitted,

                                    */s/ Karla M. Campbell*
                                    Karla M. Campbell (BPR# 27132)
                                    Callie Jennings (BPR# 35198)
                                    Branstetter, Stranch & Jennings, PLLC
                                    223 Rosa L. Parks Avenue, Suite 200
                                    Nashville, TN 37203
                                    Tel.: (615) 254-8801
                                    Email: calliej@bsjfirm.com
                                                  karlac@bsjfirm.com

                                    *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

       I certify that on Nov. 17, 2017, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF and served via the Court's Electronic Filing System to:

Bert W. McCarter
101 North Maple Street
Murfreesboro, TN 37130
Tel.: (615) 893-9255
Email: bertmccarter@mcelaw.com
*Attorney for Defendants, Outdoors Unlimited, Inc. and Burke Skelton.*

                               /s/ Karla M. Campbell
                               Karla M. Campbell