# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| JULIAN ALVARADO; <br> JORGE ALVARADO; and <br> MYNOR CHOX FRANCISCO, <br><br> Plaintiffs, <br><br> v. <br><br> BURKE SKELTON; and <br> OUTDOORS UNLIMITED, INC. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No.: 3:16-cv-03030 <br><br> Judge Crenshaw <br><br> Magistrate Judge Holmes |

## JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT

Plaintiffs Julian Alvarado, Jorge Alvarado, Mynor Chox Francisco ("Plaintiffs") and Defendants Burke Skelton and Outdoors Unlimited, Inc. ("Defendants") hereby file this Joint Motion for Entry of Consent Judgment requesting that the Court enter the Consent Judgment filed contemporaneously. The parties have reached a settlement and compromise of all claims asserted in above-captioned lawsuit, and the Consent Judgment reduces to final judgment the parties settlement and compromise. Entry of the attached Consent Judgment is an unseverable component of the parties' settlement agreement.

The Parties mutually agree that approval of this Joint Motion and entry of the Consent Judgment will resolve this case in its entirety.

Respectfully submitted,

s/Callie Jennings
Callie Jennings, BPR No. 35198
Karla M. Campbell, BPR No. 27132

Branstetter, Stranch & Jennings, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN  37203
Tel.: (615) 254-8801
Email: calliej@bsjfirm.com
       karlac@bsjfirm.com

*Attorneys for Plaintiffs*



s/Bert McCarter
Bert W. McCarter, BPR No. 20883
101 North Maple Street
Murfreesboro, TN 37130
Tel.: (615) 893-9255
Email: bertmccarter@mcelaw.com

*Attorney for Defendants, Outdoors Unlimited, Inc. and Burke Skelton.*


## CERTIFICATE OF SERVICE

I certify that on January 5, 2018, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF and served via the Court's Electronic Filing System to:

Bert W. McCarter
101 North Maple Street
Murfreesboro, TN 37130
Tel.: (615) 893-9255
Email: bertmccarter@mcelaw.com
*Attorney for Defendants, Outdoors Unlimited, Inc. and Burke Skelton.*

/s/ Callie Jennings
Callie Jennings