# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JULIAN ALVARADO; ) <br> JORGE ALVARADO; and ) <br> MYNOR CHOX FRANCISCO, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BURKE SKELTON; and ) <br> OUTDOORS UNLIMITED, INC. ) <br> ) <br> Defendants. ) | No.: 3:16-cv-3030 <br><br><br> Magistrate Judge Holmes |

## CONSENT JUDGMENT

Upon their agreement, and in compromise and settlement of the above-captioned action, the parties, Julian Alvarado, Jorge Alvarado, Mynor Chox Francisco ("Plaintiffs"), and Burke Skelton and Outdoors Unlimited, Inc. ("Defendants"), hereby consent to the entry of judgment in terms herein described. Having reviewed the parties' Joint Motion for Entry of Consent Judgment (Dkt. No. 71), <u>and supplemental memorandum in support (Dkt. No. 73) with accompanying settlement agreement (Dkt. No. 74)</u>, the Court, being satisfied that Plaintiffs and Defendants are in agreement, and that the law and equities of the case support said agreement, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Court retains jurisdiction to enforce this Judgment and its terms.

2. Defendants acknowledge that this Court is the most appropriate venue for any subsequent enforcement action.

3. While denying the Plaintiffs' allegations in the lawsuit and any liability to Plaintiffs, Defendants agree to make payments to Plaintiffs in compromise of

Plaintiffs' claims raised in this lawsuit as follows:

   a. $30,000 on January 6, 2018, and

   b. $90,567.50 on April 20, 2018.

4. The payments in paragraph 3 will result in the payment of the total sum of one hundred twenty thousand, five hundred and sixty seven dollars and fifty cents ($120,567.50) ("Total Sum") by April 20, 2018. Defendants' failure to effectuate either of the two payments shall be deemed a breach of the parties' settlement agreement and a violation of this Judgment and, therefore, shall result in the acceleration of the Total Sum, making the Total Sum immediately due and owing jointly and severally by Defendants.

5. In the event of acceleration, Defendants shall pay to Plaintiffs any additional attorneys' fees and costs incurred by Plaintiffs to enforce this judgment.

6. This consent judgment constitutes a final judgment of the Court, resolving all issues remaining in the case and constituting a final order against all Defendants.

7. Each party shall bear its own costs and attorneys' fees in this action, except as provided otherwise as part of the settlement.

_____
BARBARA D. HOLMES
United States Magistrate Judge

APPROVED FOR ENTRY:

s/Callie Jennings
Callie Jennings, BPR No. 35198
Karla M. Campbell, BPR No. 27132
Branstetter, Stranch & Jennings, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel.: (615) 254-8801
Email: calliej or karlac@bsjfirm.com
*Attorneys for Plaintiffs*

s/Bert McCarter
Bert W. McCarter, BPR No. 20883
101 North Maple Street
Murfreesboro, TN 37130
Tel.: (615) 893-9255
Email: bertmccarter@mcelaw.com

*Attorney for Defendants, Outdoors Unlimited, Inc. and Burke Skelton.*