# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

Julian Alvarado, et al.
                            Plaintiff,

v.                                                      Case No.: 3:16–cv–03030

Burke Skelton, et al.
                            Defendant,

## **ENTRY OF JUDGMENT**

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 1/26/2018 re [76].

                                                        Keith Throckmorton, Clerk
                                                    s/ Althea Straughter, Deputy Clerk